

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2015

No. 04-14-00398-CV

Alma L. **GOMEZ** and Alberto F. Gomez,
Appellants

v.

**HONDA MOTOR CO., LTD.**, Et al.,
Appellees

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 11-02-26254-MCV
Honorable Amado J. Abascal, III, Judge Presiding

## O R D E R

Sitting:  Karen Angelini, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice[1]

      The panel has considered the appellants' motion for rehearing, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court

---

[1] Justice Patricia Alvarez voted to request a response to appellants' motion for rehearing.